**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Clarence D. COAKLEY, Defendant-Appellant.**

**No. 16-7165**

United States Court of Appeals, Fourth Circuit.

Submitted: December 15, 2016

Decided: December 20, 2016

Clarence D. Coakley, Appellant Pro Se. Matthew Fesak, Assistant United States Attorney, Seth Morgan Wood, Office of the United States Attorney, Raleigh, North Carolina, for Appellee.

Before SHEDD, DUNCAN, and AGEE, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Clarence D. Coakley appeals the district court's order denying his motion for reduction in sentence pursuant to 18 U.S.C. § 3582(c)(2) (2012). We have reviewed the record and find no reversible error. See United States v. Munn, 595 F.3d 183, 187 (4th Cir. 2010) ("[A] defendant who was convicted of a crack offense but sentenced pursuant to a mandatory statutory minimum sentence is ineligible for a reduction under § 3582(c)(2)."). Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED